UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| Kawo O. F., | File No. 19-cv-2311 (ECT/ECW) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Bureau of Customs and Immigration Enforcement, | |
| Respondent. | |

---

The Court has received the February 10, 2020 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. ECF No. 18. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**;

2. Petitioner Kawo O.F.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DENIED AS MOOT**; and

3. The action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 4, 2020        s/ Eric C. Tostrud
                            Eric C. Tostrud
                            United States District Court